**MOT**
DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN, BROWN & PREMSRIRUT
520 S. Fourth Street, 2nd. Fl.
Las Vegas, Nevada 89101
ph: (702) 384-5563
email: dbrown@brownlawlv.com
Attorney for Defendant Yves Harrison-Pierre

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>YVES GARRY HARRISON-PIERRE,<br>Defendant. | CASE NO.: 2:26-cr-0106-GMN-MDC<br><br>**YVES HARRISON PIERRE'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT AND PROPOSED ORDER** |

COMES NOW, appointed counsel David T. Brown, Esq., of BROWN, BROWN & PREMSRIRUT, and hereby moves this Court in request of a Pre-Plea Pre-Sentence Investigation Report be prepared by the Probation Department.

1) The calculation of Defendant Yves Harrison Pierre's criminal history will drastically impact his sentencing exposure, negotiations, and client's decision as to how he should proceed. A pre-plea presentence report will promote judicial economy and aid in the manner in which this case is ultimately resolved.

//

//

//

//

//

//

2) Undersigned counsel therefore respectfully requests an Order that the Department of Probation conduct a pre-plan presentence investigation report as soon as possible.

3) Undersigned counsel has spoken to the prosecutor, Assistant United States Attorney Kimberly Frayn regarding this request and she has no opposition.

DATED this 20th day of July, 2026.

BROWN, BROWN & PREMSRIRUT

/s/ David Brown

DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
520 S. Fourth St.
Las Vegas, Nevada 89101
Attorney for Defendant Yves Harrison-Pierre

DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN, BROWN & PREMSRIRUT
520 S. Fourth Street, 2nd. Fl.
Las Vegas, Nevada 89101
ph: (702) 384-5563
fax: (702) 385-6965
Attorney for Defendant Yves Harrison-Pierre

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>YVES GARRY HARRISON-PIERRE,<br>Defendant. | CASE NO.: 2:26-cr-0106-GMN-MDC<br><br>**ORDER** |

IT IS HEREBY ORDERED that Defendant Yves Harrison Pierre's Unopposed Motion for a Pre-Plea Sentence Investigation Report (ECF No. 14) is **GRANTED**.

IT IS FURTHER ORDERED that the United States Probation Office shall prepare and provide to both parties by August 20, 2026, a Pre-Plea Presentence Investigation Report with the guideline calculation requested for Defendant's criminal history only.

DATED this 20 day of July, 2026.

[signature]
U.S. DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of July 2026, I served a copy of the foregoing UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT AND PROPOSED ORDER upon the following via the CM/ECF system as follows

**Todd Blanche**
United States Attorney's Office
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
*Attorney for Plaintiff United States of America*

**Sigal Chattah**
DOJ-USAO
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89143
702-388-6566
sigal.chattah@usdoj.gov
*Attorney for Plaintiff United States of America*

**Kimberly M. Frayn**
U.S. Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101
702-388-6336
kimberly.frayn@usdoj.gov
*Attorney for Plaintiff United States of America*

*/s/ Alexis Budner*

An Employee of Brown, Brown, & Premsrirut